UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSEPH T. KLIMAS,

        Plaintiff,                        Case No. 1:10-cv-666

v.                                        HON. JANET T. NEFF

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed August 6, 2012 by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt 21) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's Unopposed Motion for Attorney Fees Pursuant to the Equal Access to Justice Act (Dkt 19) is GRANTED IN PART AND DENIED IN PART for the reasons stated in the Report and Recommendation.

**IT IS FURTHER ORDERED** that Plaintiff is awarded seven-thousand two hundred dollars ($7,2000.00) in fees and costs, and that such be paid directly to Plaintiff.


Dated: August 23, 2012                                    /s/Janet T. Neff
                                                                        JANET T. NEFF
                                                                        UNITED STATES DISTRICT JUDGE